1
2
3
4
5
6
7
8

✓ Priority /SCAN
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U S  DISTRICT COURT
JUN 14 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL
... COUNSEL(OR PARTIES AT THEIR MOST RECENT
ADDRESS OF RECORD) IN THIS ACTION ON THIS DATE:
DATED  6-14-06
BY _____
DEPUTY CLERK (signed attst mailing)

9   UNITED STATES DISTRICT COURT
10   CENTRAL DISTRICT OF CALIFORNIA-WESTERN  DIVISION

DOCKETED ON CM
JUN 14 2006
BY _____ 046

JOSEPH V. LIBRETTI,          ) CV 06-3457-DDP (SH)
                             )
             Petitioner,     ) ORDER REQUIRING ANSWER
                             ) TO PETITION FOR WRIT
                             ) OF HABEAS CORPUS AND
      v.                     ) INSTRUCTIONS RE FURTHER
                             ) PROCEEDINGS
T. BANKS, WARDEN,            )
                             )
             Respondent.     )

**PLEASE READ THIS ORDER CAREFULLY. THIS ORDER REQUIRES TWO PLEADINGS FROM RESPONDENT.**

Based upon the Petition for Writ of Habeas Corpus filed herein and good cause appearing:

IT IS HEREBY ORDERED that the Clerk of the Court forward copies of the Petition and this Order to the United States Attorney for the Central District of California .

IT IS FURTHER ORDERED that the respondent(s) or the United States

1

1   Attorney file an <u>ANSWER</u> to the Petition **not later than twenty (20) days after**

2   **the filing date of this Order**, setting forth respondent's response to the following:

3        1.     Whether petitioner is in respondent(s) custody;

4        2.     The cause of petitioner's detention (e.g., pretrial or postconviction

5   detention, type of judgment, court name and case no.); and

6        3.     Whether respondent(s) concedes that the Petition should be granted.

7   **The Answer may be based on information and belief of counsel, based on**

8   **telephone inquiries or otherwise.   Requests for extension of time to file it**

9   **should not be made absent extraordinary circumstances.**

10        4.     Respondent(s) shall serve a copy of the Answer upon petitioner or

11   petitioner's counsel, if any, prior to the filing thereof.

12        If respondent(s) disputes any claim raised in the Petition and does not

13   concede that the Petition should be granted, then IT IS FURTHER ORDERED that

14   the parties shall further address the disputed claims as follows:

15        (A)    The respondent(s) or the United States Attorney shall:

16        File a <u>RETURN</u> to the Petition not later than thirty (30) days after the filing

17   of the Answer.   The Return shall address the merits of each disputed claim.   The

18   Return shall also specifically address the necessity for an Evidentiary Hearing to

19   resolve any issue.

20        (B)    Lodge with the Court all records pertinent to each claim addressed in

21   the Return.

22        IT IS FURTHER ORDERED that petitioner file a single TRAVERSE to the

23   Answer and Return within twenty (20) days after the filing of the Return.

24   Petitioner shall comply with the following:

25        (A)    The Traverse shall set forth separately (i) petitioner's admission or

26   denial of each factual allegation of Respondent(s)' Answer and Return, and (ii) any

27   additional legal argument.

28        Unless the Court orders otherwise, thirty (30) days after the Return is filed,

1  the case will be deemed submitted on the records on file in the case as of that date.

2  Petitioner is admonished that failure to file a Traverse may result in the allegations

3  of the Return being accepted as true pursuant to 28 U.S.C. § 2248.

4      IT IS FURTHER ORDERED that if any pleading or other paper submitted

5  to be filed does not include an original and one copy and is not accompanied by a

6  certificate of service upon the opposing party or counsel for the opposing party, it

7  will be stricken from this case, disregarded by the Court and returned to sender.

8  Moreover, the caption used by the parties shall be the caption for the instant case,

9  not the underlying criminal proceeding.

10  DATED:  June 14, 2006

11

12

13

14           STEPHEN J. HILLMAN

         UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28